UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AUDENCIO MORALES, RIGOBERTO )
MORALES, BRAYAN BRAVO, AGUSTIN )
ROBLERO-SANCHEZ, and RODRIGO )
GENARO RAMOS-CHAVEZ, *aka Rodrigo* )
*Jenaro Ramos-Chaves on behalf of themselves and* )
*all other similarly-situated persons* )
                      Plaintiffs, )
                                                          )     **DEFAULT JUDGMENT**
v. )
                                                      )     No. 5:20-CV-112-FL
FLORES ROOFING, LLC and )
RODRIGO FLORES PATINO )
                      Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiffs' motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2020, for the reasons set forth more specifically therein, plaintiffs' motion for default judgment is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Audencio Morales is awarded damages of $16,084.90 (this includes unpaid promised wages under the NCWHA of $11,200, and unpaid overtime wages of $4,884.90 pursuant to 29 U.S.C. §§ 207(a)(1) and 216(b) of the FLSA), plus an additional equal amount of $16,084.90 in liquidated damages plus interest at 8% per annum for the $11,200 portion of that $16,084.90 in unpaid promised wages that are due solely under the NCWA pursuant to N.C.Gen.Stat.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that plaintiff Agustin Roblero-Sanchez is awarded damages of $3,856.50 for 17 weeks of unpaid overtime wages, plus an additional equal amount of $3,856.50 in liquidated damages pursuant to 29 U.S.C. §§ 207(a)(1) and 216(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Rigoberto Morales is awarded damages of $10,084.90 (which includes $5,200 in unpaid promised wages under the NCWHA, and $4,884.90 in unpaid overtime wages under the FLSA), plus an additional equal amount of $10,084.90 in liquidated damages plus interest at 8% per annum for the $5,200 portion of that $10,084.90 in unpaid promised wages that are due solely under the NCWA pursuant to N.C.Gen.Stat.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Brayan Bravo is awarded damages of $8,617.20 (which includes $4,680 for unpaid promised wages and $3,937.20 in unpaid overtime wages), plus an additional equal amount of $8,617.20 in liquidated damages plus interest at 8% per annum for the $4,680 portion of that $8,617.20 in unpaid promised wages that are due solely under the NCWA pursuant to N.C.Gen.Stat.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Rodrigo Genaro Ramos-Chavez is awarded damages of $3,010.80 for 13 weeks of unpaid overtime wages, plus an additional equal amount of $3,010.80 in liquidated damages pursuant to 29 U.S.C. §§ 207(a)(1) and 216(b).

**This Judgment Filed and Entered on September 15, 2020, and Copies To:**
Robert J. Willis  (via CM/ECF Notice of Electronic Filing)

September 15, 2020                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk